**Order entered October 7, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00771-CV

## LASHONDA SMITH, Appellant

## V.

## ROY GONZALEZ, III, Appellee

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-11456

## ORDER

As directed to do so, appellant has filed written verification of payment for the appellate record. Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre and Tenesa Shaw, Official Court Reporter for the 192nd Judicial District Court, to file their respective records no later than November 7, 2022.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre, Ms. Shaw, and the parties.

/s/ BONNIE LEE GOLDSTEIN
JUSTICE